UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br>    Plaintiff, § <br> § <br> v. § <br> § <br> PAUL BLAZEK, § <br>    Defendant. § | CRIMINAL ACTION NO: <br> 3:21-CR-570-B |

### FINAL ORDER OF FORFEITURE

Based on the United States' UNOPPOSED Motion for a Final Order of Forfeiture, and good cause appearing, the Court GRANTS the motion, and FINDS:

In compliance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(A), the government has provided notice of the Preliminary Order of Forfeiture (Doc. 76). The government published notice of the order on an official government internet website for at least 30 consecutive days beginning on October 14, 2023, (Doc. 88). The government did not need to send direct notice to any persons or entities because it did not identify any who appeared to be a potential claimant to the property ordered forfeit in the Preliminary Order of Forfeiture.

No persons or entities filed petitions claiming an interest in any of the property subject to the Court's Preliminary Order of Forfeiture.

Accordingly, it is HEREBY ORDERED and ADJUDGED:

Pursuant to Fed. R. Crim. P. 32.2(c), 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853 all right, title, and interest in:

    a. Proceeds of the sale of the 2016 Cadillac Escalade, Vehicle Identification Number (VIN) 1GYS4DKJ4GR166418, titled to Paul Herbert Blazek.

is hereby forfeited to and vested in the United States of America.

As provided in 21 U.S.C. § 853(n)(7), the United States of America has clear title to such property and may warrant good title to any subsequent purchaser or transferee.

The forfeited property shall be disposed of according to law and the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**SO ORDERED this 20th day of August, 2024.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

**Final Order of Forfeiture – Page 2**